UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 07-20518-CR-GOLD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES HENRY WILLIAMS
a/k/a Jasson Williams,

        Defendant(s).
_____/

## SECOND ORDER RESETTING SENTENCING HEARING

This matter is before this Court pursuant to the defendant's *ore tenus* request to reset the sentencing hearing presently set for June 13, 2008, it is hereby

**ORDERED AND ADJUDGED** that the sentencing hearing is reset from Friday, June 13, 2008 at 1:30 p.m. to **Wednesday, June 25, 2008 at 9:00 a.m.**

**DONE AND ORDERED** at Miami, Florida, this \_\_\_\_10th\_\_\_\_ day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Peter A. Forand
       AFPD Anne M. Lyons
       U.S. Probation Division